UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MAGISTRATE NO.: 19-9136

UNITED STATES OF AMERICA  :

V.  :  CRIMINAL ACTION

Kevin Andrade Dempeys  :  ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

( ) Other: _____

X _Kevin Andrade_  
DEFENDANT

_8/21/19_  
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

_8/21/19_  
DATE